UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONNIE AVARAS,

                Plaintiff,

-against-

CLARKSTOWN CENTRAL SCHOOL DISTRICT, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2021

No. 15 CV 9679 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

    On February 9, 2021 the Court issued an opinion and order stating "The Third Amended Complaint is dismissed without prejudice to a re-filing within twenty days. Any new pleading must properly allege claims for which NYSED is a proper party. If Avaras fail[s] to re-plead properly, or to move for an extension of time together with a showing of cause, I will dismiss the complaint with prejudice." (ECF No. 129) By letter dated March 5, 2021, New York State Department of Education Filed a letter requesting dismissal with prejudice due to Plaintiff's failure to file amended complaint. (ECF No. 79.)

    Therefore, the claims previously dismissed without prejudice are dismissed with prejudice. The Clerk of Court is directed to terminate this case.

Dated: September 10, 2021
       White Plains, New York

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE